


LS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      08-416

vs.                           :      CRIMINAL NO. ~~08-614~~

MIKAL HAMMOND

FILED
MAY 28 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER TO SURRENDER

AND NOW, this 28th day of May, 2009, the above-named defendant having been sentenced to the custody of the Attorney General,

It is ORDERED that the execution of prison sentence is suspended until <u>Tuesday, June 30, 2009</u>, at which time defendant is directed to report to <u>an institution designated by the U.S. Marshals and Bureau of Prisons</u> no later than <u>2:00 P.M.</u> to commence serving said sentence.

**AND IT IS SO ORDERED.**

_____
Lawrence F. Stengel, J.

5-29-09   2cc U.S. Marshal

5/28/09