IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | :  CRIMINAL NO. 08-416 |
| MIKAL HAMMOND | : |

### ORDER REVOKING SUPERVISED RELEASE

AND NOW, this 3rd day of June, 2009, after hearing in open court on May 28, 2009, sur violation of supervised release, with defendant and counsel being present, and the Court finding the defendant guilty of violation of supervised release, it is

ORDERED AND ADJUDGED that the order of supervised release entered in the above case is revoked, as of the defendant's self-surrender date of June 30, 2009, and it is

FURTHER ORDERED AND ADJUDGED that the defendant is sentenced to four (4) months incarceration. The Court recommends that the defendant be placed in an institution within 100 miles of Philadelphia, PA.

IT IS FURTHER ORDERED that upon release from confinement, the defendant is sentenced to a term of three (3) years supervised release, less the defendant's time spent in Federal custody. The first six (6) months of supervised release shall be spent in a residential re-entry program in Philadelphia, PA. While on supervised release, the defendant shall be evaluated for and participate in a drug and alcohol outpatient treatment program, at the direction and discretion of the U. S. Probation Department. The defendant shall obtain and maintain either full-time employment or shall actively participate in an educational or vocational program. The defendant shall be restricted from the use of any and all controlled substances and alcohol, while on supervised release.

IT IS FURTHER ORDERED that the defendant shall self-surrender to an institution designated by the U.S. Marshals and Bureau of Prisons on Tuesday, June 30, 2009, no later than 2:00 p.m. The defendant shall continue to abide by his current conditions of supervised release and shall continue to meet with his United States Probation Officer until his date of self-surrender.

BY THE COURT:

_____
Lawrence F. Stengel, J.

fax:
6/3/09: Janell, McGuigan cc: Probation, Marshals